JOHN DE LAITTRE *vs.* W. H. JONES and another.

April 29, 1887.

The admission of harmless immaterial evidence no ground for new trial.

Appeal by defendants from an order of the district court for Hennepin county, *Rea, J.*, presiding, refusing a new trial. The action was for rent on a verbal lease, for the months of June, July, and August, 1886. The plaintiff claimed that the lease was for a year and the defendants that it was from month to month. It was admitted that the defendants vacated the premises on May 31, 1886. Against defendants' objection and exception the plaintiff introduced in evi-

dence an indenture of lease, dated May 1, 1879, by which he demised the premises to the defendant W. H. Jones for the term of five years from that date, with an indorsement, dated April 10, 1884, signed by plaintiff and defendants, extending the term to May 15, 1885, and giving the lessee the option, on his giving 30 days' notice in writing, of a further renewal for a year from that date.

*Culler & Ritchie,* for appellants.

*E. C. Chatfield,* for respondent.

BERRY, J. Both parties agree that the only substantial issue in this case is as to the *terms* of the verbal lease upon which this suit is based. With reference to this fact we are unable to see how the old written lease and its indorsement were material. But with like reference we are equally unable to conceive how their introduction could possibly have worked any harm to the appellants.

Order affirmed.